**BRUCE V. SPIVA (SBN 164032)**
bspiva@spivafirm.com                                    MADE JS-6
**THE SPIVA LAW FIRM PLLC**
1776 Massachusetts Ave., N.W., Suite 600
Washington, D.C. 20036
Tel. (202) 785-0601
Fax. (202)785-0697
*Attorney for Marriott Ownership Resorts, Inc.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONG HUN PARK aka DON PARK, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> MARRIOTT OWNERSHIP RESORTS, INC., *et al.*, <br><br> Defendants. | CASE NO. CV09-9541 (GW, MLGx) |

### ORDER GRANTING DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S MOTION TO DISMISS
### SECOND AMENDED COMPLAINT

Upon consideration of Defendant Marriott Ownership Resorts, Inc.'s Motion to Dismiss the Second Amended Complaint; Defendant's Memorandum of Points

---
[PROPOSED] ORDER GRANTING DEFENDANT MARRIOTT OWNERSHIP RESORTS, INC.'S
MOTION TO DISMISS SECOND AMENDED COMPLAINT

1

and Authorities in Support thereof and accompanying exhibits; Plaintiff's Opposition brief; Defendant's Reply Brief; the arguments of counsel at the hearing held on January 20, 2011; and all other pleadings on file in this matter, IT IS ORDERED:

   1. That Defendant's Motion to Dismiss the Second Amended Complaint is GRANTED;

   2. That the Second Amended Complaint is DISMISSED in its entirety WITH PREJUDICE; and;

   3. That the Clerk of the Court shall notify all counsel of record of this Order.

DATED: January 27, 2011         _____
                                THE HONORABLE GEORGE H. WU
                                UNITED STATES DISTRICT COURT